THEODORE HAEBLER et al., Respondents, *v.* MAXIMILIAN O. LUTTGEN, Appellant.

*Haebler* v. *Luttgen*, 2 App. Div. 390, affirmed.
(Argued January 26, 1899; decided February 28, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered in March, 1896, affirming a judgment of the late Court of Common Pleas for the city and county of New York in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Robert B. Honeyman* for respondents.

Judgment and order affirmed, with costs; no opinion. All concur.

---

WILLIAM JAY et al., Appellants, *v.* WILLIAM G. WILSON, Respondent.

*Jay* v. *Wilson*, 91 Hun, 391, affirmed.
(Argued January 26, 1899; decided February 28, 1899.)

APPEAL, by permission, from an order of the late General Term of the Supreme Court in the first judicial department, entered December 24, 1895, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit, a jury having been waived, and granting a new trial.

*Egerton L. Winthrop, Jr.,* and *Flamen B. Candler* for appellants.

*Gibson Putzel* for respondent.

Order affirmed and judgment absolute ordered for defendant on stipulation, with costs, on the prevailing opinion below.
Concur: GRAY, O'BRIEN, BARTLETT and HAIGHT, JJ.
Not sitting: PARKER, Ch. J.
Not voting: MARTIN and VANN, JJ.